UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JEREN HOMES, INC., and JERRYL J. MYOTT, | Civ. 14-4148 |
| Plaintiffs, | **STIPULATION FOR DISMISSAL** |
| -vs- | |
| UNITED FIRE & CASUALTY, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby enter into this Stipulation allowing for the voluntary dismissal of the above-entitled action. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by any party. Furthermore, it is the intent of the parties that all parties shall bear their own costs and attorney's fees associated with the prosecution and defense of this action.

BOYCE, GREENFIELD, PASHBY
& WELK, LLP

Dated: Feb 2 2015       By _____
                          Attorneys for Plaintiffs

300 South Main Avenue
Post Office Box 5015
Sioux Falls, SD 57117-5015
Telephone No. 605-336-2424
e-mail: rasudbeck@bgpw.com
        tjvonwald@bgpw.com

|  |  |
|---|---|
|  | RICHARDSON, WYLY, WISE, SAUCK & HIEB, LLP |
| Dated: 2/2/15 | By _____<br>Attorneys for Defendant |

One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
e-mail: jhieb@rwwsh.com
　　　　　zpeterson@rwwsh.com